UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scott Normand McCarthy

    v.

                                       Case No. 22-cv-143-LM

Exeter, NH, Town of et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 7, 2022.

_____
Landya B. McCafferty
Chief Judge

Date: August 4, 2022

cc: Scott McCarthy, pro se